THIS
OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH
CAROLINA
In The Supreme Court

 
 
 
 Alfred
 Williams,        Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina,       
 Respondent.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Memorandum Opinion No. 2005-MO-036
Submitted June 13, 2005 - Filed July 18, 2005

AFFIRMED

 
 
 
 Assistant Appellate Defender
 Aileen P. Clare, Office of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, and Assistant
 Attorney General David Spencer, Office of the Attorney General, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Affirmed
pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Issue
1:  State v. Cheeseboro, 346 S.C. 526, 552 S.E.2d 300 (2001). 
Issue 2:  State v. Tucker, 324 S.C. 155, 478 S.E.2d 260 (1996); Cock-N-Bull
Steak House, Inc. v. Generali Ins. Co., 321 S.C. 1, 466 S.E.2d 727
(1996)(failure to take advantage of trial judges offer to give curative
instruction constitutes waiver of right to complain of error on appeal); State
v. Watts, 321 S.C. 158, 467 S.E.2d 272 (Ct. App. 1996)(in rejecting trial
courts offer to strike testimony or give curative instruction, appellant
waived any complaint he had to challenged testimony; because the question had
already been answered, a motion to strike was necessary to preserve any claim of
error on appeal).
AFFIRMED.
TOAL, C.J., MOORE, WALLER,
BURNETT and PLEICONES, JJ., concur.